1

2

3

4                                UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    ANDRE KENNETH STUCKEY,                        Case No.  19-cv-03780-YGR (PR)

           Plaintiff,
8                                                   **ORDER STAYING ACTION AND**
           v.                                       **REFERRING FOR SETTLEMENT**
9                                                   **PROCEEDINGS; DIRECTIONS TO**
     BILL WOODS, et al.,                            **CLERK; AND TERMINATING**
10                                                  **PENDING MOTIONS AS MOOT**
           Defendants.
11

12           The Court finds that this action should be referred to Magistrate Judge Robert M. Illman

13   for settlement proceedings.[1]

14           Accordingly, the Court hereby REFERS this case to Magistrate Judge Illman for settlement

15   proceedings pursuant to the Pro Se Prisoner Mediation Program.  Such proceedings shall take

16   place within 120 days of the date this Order is filed, or as soon thereafter as Magistrate Judge

17   Illman's calendar will permit.  Magistrate Judge Illman shall coordinate a place, time and date for

18   one or more settlement conferences with all interested parties and/or their representatives and,

19   within ten (10) days after the conclusion of all settlement proceedings, shall file with the Court a

20

21           [1] In Plaintiff's other pending action, *Stuckey v. Howard*, Case No. 19-cv-03691-YGR (PR),
     Defendants' attorney in that case, Deputy Attorney General Robert W. Henkels, states that
22   Plaintiff has "several ongoing actions against the California Department of Corrections and
     Rehabilitation [("CDCR")] ongoing before this Court, and he has recently served settlement
23   demands in each."  Dkt. 38 at 2 in Case No. 19-cv-03691-YGR (PR).  Attorney Henkels adds that
     "[c]ounsel for defendants in three of those matters are working together to determine whether they
24   may resolve all such cases in a global settlement." *Id.* (citing Henkels Decl. ¶¶ 4-6); *see Stuckey v.
     Howard*, Case No. 19-cv-03691-YGR (PR), *Stuckey v. Woods*, Case No. 19-cv-03780-YGR (PR),
25   *Stuckey v. Knight*, Case No. 19-cv-05460-YGR (PR).  Attorney Henkels also notes that Plaintiff
     has filed other cases that are currently before this Court, including *Stuckey v. Sturdevant*, Case No.
26   20-cv-01898-YGR (PR) and *Stuckey v. CDCR*, Case No. 20-cv-05886-YGR (PR).  Henkels Decl.
     ¶ 4 in Case No. 19-cv-03691-YGR (PR).  Attorney Henkels adds as follows: "Plaintiff has served
27   settlement demands in [*Howard*], in *Knight*, and in *Woods*.  After speaking with [Defendants'
     counsel in Plaintiff's other matters], and with my supervisor, we believe it to be in the best
28   interests of all parties and of the Court to make a concerted effort to see if we can resolve all the
     cases together through a global settlement process." *Id.* ¶ 5.

United States District Court
Northern District of California

United States District Court
Northern District of California

1  report thereon.

2       Magistrate Judge Illman is advised that the docket contains a January 31, 2020 Order

3  Dismissing Certain Claims Without Prejudice to Filing in Eastern District; Serving of Cognizable

4  Claims; and Dismissing Remaining Claims.

5       In view of the referral, further proceedings in this case are hereby STAYED.  The Clerk

6  shall ADMINISTRATIVELY CLOSE this case until further order of the Court.  If the case is not

7  settled, the Court will enter a new scheduling order for further proceedings.  Thus, at this time, all

8  remaining pending motions are TERMINATED as moot, including Plaintiff's Motion for Leave to

9  File an Amended Complaint as well as Defendants' Request For Screening and Modified Schedule

10  in Opposition to Motion for Leave to Amend and motions for an extension of time to file a

11  dispositive motion.  Dkts. 23, 31, 33, 37.

12       This Order terminates Docket Nos. 23, 31, 33, 37.

13       IT IS SO ORDERED.

14  Dated:  December  9, 2020

15  _____

16  YVONNE GONZALEZ ROGERS
    United States District Judge

17

18  cc:  Magistrate Judge Robert M. Illman

19

20

21

22

23

24

25

26

27

28